**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-11044

_____

DOROTHY ALICE SMITH,

Plaintiff-Appellant,

VERSUS

ABBOTT LABORATORIES EXTENDED DISABILITY PLAN,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(1:96-CV-85)
_____
May 11, 1998
Before DAVIS, EMILIO M. GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.